**Order entered May 5, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01087-CV

### IN THE INTEREST OF B.R., A MINOR CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54745-2016**

### ORDER

Before the Court are Mother's and the Office of the Attorney General's May 4, 2021 unopposed motions for a thirty-day extension of time to file their responsive briefs. We **GRANT** the motions and **ORDER** the briefs be filed no later than June 15, 2021.

/s/     CRAIG SMITH
         JUSTICE